U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS #1 OF 1

Michelle Phillips
Case No. 22-05032
SSN: xxx-xx-4181

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below as of January 18, 2023:

### DIRECT CONSOLIDATION LOANS

The borrower executed the following note on or about:
1/9/2013 – Federal Direct Consolidation Loan Application and Promissory Note

| Disbursement Date | Disbursed Amount | Principal | Interest Rate | Accrued Interest | Total |
|---|---|---|---|---|---|
| 02/14/2013 | $11,218.27 | $11,650.56 | 2.50% | $ 21.50 | $11,672.06 |
| 02/14/2013 | $19,706.78 | $22,224.03 | 2.50% | $579.44 | $22,803.47 |

### DIRECT LOANS

The borrower executed the following note on or about:
9/26/2013 – Federal Direct Stafford/Ford Loan – Federal Direct Unsubsidized Stafford/Ford Loan – Master Promissory Note – William D. Ford Federal Direct Loan Program

| Disbursement Date | Disbursed Amount | Principal | Interest Rate | Accrued Interest | Total |
|---|---|---|---|---|---|
| 10/28/2013 | $3,500.00 | $ 3,520.35 | 3.86% | $ 59.26 | $ 3,579.61 |
| 10/28/2013 | $3,301.00 | $ 3,831.78 | 3.86% | $151.82 | $ 3,983.60 |
| 11/07/2013 | $2,699.00 | $ 3,131.89 | 3.86% | $124.03 | $ 3,255.92 |
| 07/17/2014 | $4,500.00 | $ 4,500.00 | 4.66% | $ 19.52 | $ 4,519.52 |
| 07/17/2014 | $6,000.00 | $ 6,963.46 | 4.66% | $333.23 | $ 7,296.69 |
| 04/16/2015 | $2,750.00 | $ 2,750.00 | 4.66% | $ 11.93 | $ 2,761.93 |
| 04/16/2015 | $3,667.00 | $ 4,149.29 | 4.66% | $198.51 | $ 4,347.80 |
| 03/01/2016 | $5,500.00 | $ 5,500.00 | 4.29% | $ 21.97 | $ 5,521.97 |
| 03/01/2016 | $7,000.00 | $ 7,569.11 | 4.29% | $333.35 | $ 7,902.46 |
| 10/03/2017 | $ 94.00 | $ 94.00 | 4.45% | $ 0.38 | $ 94.38 |
| 10/03/2017 | $1,118.00 | $ 1,141.96 | 4.45% | $ 52.01 | $ 1,193.97 |

The Direct loans were made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685).

GOVERNMENT EXHIBIT A

The total the borrower owes $77,026.43 unpaid principal and $1,906.95 accrued interest, the total is $78,933.38. The account has been credited $0.00. The account is currently serviced by Mohela.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 1/23/23

Gin Say Chan
Loan Analyst
Litigation Support